AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF GUAM U.S.A.

MARIANA EXPRESS LINES, LTD.
                Plaintiff,

V.

FOREMOST FOODS,
                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00016**

TO: (Name and address of defendant)

FOREMOST FOODS
490 North Marine Drive
Tamuning, Guam 96913

*Brian. Pascual*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID LEDGER, Esq.
ELYZE McDONALD, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

#(671) 472-6813

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 2 0 2007

CLERK                                                       DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                   Date                              Signature of Server

                                                                _____
                                                                 Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.