CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Mariana Express Lines, Ltd.

**FILED**
DISTRICT COURT OF GUAM
JUN 2 2 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANA EXPRESS LINES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FOREMOST FOODS, <br><br> Defendant. | CIVIL CASE NO. 07-00016 <br><br> **DECLARATION OF SERVICE** |

I, ERIC JAMES, hereby declare under penalty of perjury of the laws of the United States, that on the 20th day of June 2007, I personally served, Ms. Lorie Kamminga, the Human Resources Manager of Foremost Foods a true and correct copy of the (1) Verified Complaint and, (2) the original Summons in a Civil Case (copy of which is attached hereto as "Exhibit A") at the following address: 490 North Marine Drive, Tamuning, Guam 96913.

DATED: Hagåtña, Guam, June 22, 2007.

_____
ERIC JAMES

Page 1 of 1
4831-1609-9585.1.053976-00014

ORIGINAL

Case 1:07-cv-00016   Document 3   Filed 06/22/2007   Page 1 of 4

# EXHIBIT

# "A"

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __GUAM U.S.A._____

MARIANA EXPRESS LINES, LTD.
                Plaintiff,

V.

FOREMOST FOODS,
                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00016**

# FILED
DISTRICT COURT OF GUAM

JUN 21 2007

**MARY L.M. MORAN
CLERK OF COURT**

TO: (Name and address of defendant)

FOREMOST FOODS
490 North Marine Drive
Tamuning, Guam 96913

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID LEDGER, Esq.
ELYZE McDONALD, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

#(671) 472-6813

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 20 2007

| CLERK | DATE |
|---|---|
| *[signature]* <br> (BY) DEPUTY CLERK | |

COPY

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  
DATE: 6/20/07

NAME OF SERVER (PRINT): Eric James  
TITLE: Ops Mgr.

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Lorie Kamminga H.R. Manager 490 N. Marine Dr. Tamuning 96913

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/20/07  
Signature of Server: [signature]  
Address of Server: 193 Rojas St. Tam, GU. 96913

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.