# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| MARIANA EXPRESS LINES, LTD., | CIVIL CASE NO. 07-00016 |
|---|---|
| Plaintiff, | |
| vs. | |
| FOREMOST FOODS, | **MINUTES** |
| Defendant. | |

(√) SCHEDULING CONFERENCE     ( ) PRELIMINARY PRETRIAL CONFERENCE
    (September 18, 2007, at 9:23 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Elyze J. McDonald. Appearing on behalf of the Defendant was Jehan'ad G. Martinez.

    Judge Manibusan adopted the proposed dates and deadlines in the parties' submission, but made minor changes to ¶5(a)(v).

    Counsel were instructed to advise the Court when they were ready to submit the matter to a settlement conference before Judge Manibusan. Ms. McDonald stated that the parties may reach a settlement without the need of further court assistance.

    The conference concluded at 10:28 a.m.

    Dated: September 18, 2007.

                                                             **Prepared by:** Judith P. Hattori
                                                                                      Law Clerk