CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Mariana Express Lines, Ltd.



FILED
DISTRICT COURT OF GUAM

OCT 30 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARIANA EXPRESS LINES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FOREMOST FOODS, <br><br> Defendant. | CIVIL CASE NO. CV07-00016 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mariana Express Lines, Ltd., by and through its Attorney of record, David Ledger, Carlsmith Ball LLP, and Defendant Foremost Foods, by and through their Attorney of record, Thomas C. Sterling, Blair Sterling Johnson Martinez & Leon Guerrero, P.C., hereby inform the Court that this matter has been settled on good faith negotiations and that the parties stipulate and agree to request that the Court dismiss this matter, in its entirety, with prejudice.

The parties further agree and stipulate that each side will bear their own attorney's fees and costs.

EXECUTED: Hagåtña, Guam, October 30, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Mariana Express Lines, Ltd.

EXECUTED: Hagåtña, Guam, October 26th, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
  A PROFESSIONAL CORPORATION

_____
THOMAS C. STERLING
Attorneys for Defendant
Foremost Foods