CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Mariana Express Lines, Ltd.

IN THE DISTRICT COURT OF GUAM

| MARIANA EXPRESS LINES, LTD., | CIVIL CASE NO. CV07-00016 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| FOREMOST FOODS, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to a Stipulation for Dismissal with Prejudice filed on October 30, 2007, the above case is DISMISSED with prejudice.

Each party shall bear their own attorney's fees and costs.



**/s/ Frances M. Tydingco-Gatewood
     Chief Judge
Dated: Oct 31, 2007**