## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Mariana Express Lines, Ltd., | Civil Case No. 1:07-cv-00016 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Foremost Foods, | |
| Defendant. | |

    Judgment is hereby entered in accordance with the Order Granting Dismissal With Prejudice filed October 31, 2007.

    Dated this 1st day of Novmeber, 2007, Hagatna, Guam.

                                                      **/s/ Jeanne G. Quinata**
                                                              Clerk of Court