**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100**

| | |
|---|---|
| Mariana Express Lines, Ltd.,<br><br>Plaintiff,<br><br>vs.<br><br>Foremost Foods,<br><br>Defendant. | Case No. 1:07-cv-00016 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment filed November 1, 2007*
*Date of Entry: November 1, 2007*

The original judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** November 1, 2007

Clerk of Court
**/s/ Jeanne G. Quinata**